# In The United States Court of Federal Claims

ORIGINAL

## Cover Sheet

04-1301C

Plaintiff(s) or Petitioner(s) Ashland Investment Group
A California Limited Partnership

If this is a multi-plaintiff case, pursuant to RCFC 20(a), please attach an alphabetized, numbered list of all plaintiffs.

Name of the attorney of record: [See RCFC 83.1(c)] ____________

Firm Name: ____________

Post Office Box: ____________

Street Address: ____________

City-State-Zip: ____________

Telephone & Facsimile Numbers: ____________

E-mail address: ____________

Is the attorney of record admitted to the Court of Federal Claims Bar? ____________
If **NO**, please call (202) 219-9630 for admission papers and instructions.

Nature of suit code: ☐ ☐ ☐

**Select only one [three digit] nature of suit code from attached sheet and if numbers 118, 134, 226, 312, 356, or 528 are used, please explain.**

____________

____________

Government Agency Involved: ☐ ☐ ☐

**See attached Sheet for three digit code.**

Amount Claimed: $ ____________

**If to be determined, put the phrase "to be determined" in Amount Claimed Space.**

Vaccination Date: **(Vaccine Cases Only)** ____________

If this is case related to any pending or previous case you are **required** to file a separate notice of related case(s). See RCFC 40.2

April 25, 2003